# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HALTON BRADSHAW III**                                                              **PLAINTIFF**

**v.**                          **No: 4:20-cv-01137 LPR-PSH**

**BILL GILKY**                                                                                  **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

A *pro se* complaint pursuant to 42 U.S.C. § 1983 was filed on behalf of Halton Bradshaw III on August 25, 2020, by other inmates (Doc. No. 1). The Court directed Bradshaw to return a completed IFP application or pay the filing fee in an order filed September 28, 2020 (Doc. No. 2). On October 1, 2020, Bradshaw moved to

voluntarily dismiss this case (Doc. No. 3).  In his motion, Bradshaw stated that "my signature and name was forged to this document I know nothing of the information I received in this case thank you for your actions notifying me." *Id.*  For good cause shown, Bradshaw's motion to dismiss should be GRANTED, and this case should be dismissed without prejudice.

    IT IS SO RECOMMENDED this 3rd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE