IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HALTON BRADSHAW III**                                                                 **PLAINTIFF**

v.                              Case No: 4:20-cv-01137-LPR

**BILL GILKY**                                                                                 **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 4). No objections have been filed. After a careful and *de novo* review of the Proposed Findings and Recommendation as well as the entire record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Mr. Bradshaw's motion to dismiss (Doc. 3) is granted and his complaint (Doc. 1) is dismissed without prejudice.

Dated this 16th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE