# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HALTON BRADSHAW III**                                                                           **PLAINTIFF**

**v.**                              **Case No: 4:20-cv-01137-LPR**

**BILL GILKY**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Halton Bradshaw III's Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 16th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE